UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

Carl R. Gulbronson,                                    Civil No. 12-600 (SRN/AJB)

        Plaintiff,

v.                                                     ORDER ADOPTING REPORT
                                                        AND RECOMMENDATION
Judge Anne K. McKeig,

        Defendant.
_____

The above matter comes before the Court upon the Report and Recommendation of Chief Magistrate Judge Arthur J. Boylan dated September 25, 2012. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1.      Defendant's Motion to Dismiss [Docket No. 3] is **GRANTED**; and

2.      Plaintiff's Complaint is dismissed with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  October 10, 2012

                         s/Susan Richard Nelson
                         SUSAN RICHARD NELSON
                         United States District Judge